UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUNDS *et al.*,<br><br>  Plaintiff(s),<br><br>  vs.<br>SAINZ DRYWALL, INC. *et al.*,<br><br>  Defendant(s). | Case No.: C-11-4937-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| REFERRED TO ADR for Mediation to be completed by | May 4, 2012 |
| NON-EXPERT DISCOVERY CUTOFF: | July 16, 2012 |
| DISCLOSURE OF EXPERTS (retained/non-retained): | Opening: June 18, 2012<br>Rebuttal: July 2, 2012 |
| EXPERT DISCOVERY CUTOFF: | July 16, 2012 |
| DISPOSITIVE MOTIONS[1] to be heard by: | August 28, 2012 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | September 14, 2012 |
| PRETRIAL CONFERENCE: | Friday, September 28, 2012 at 9:00 a.m. |
| TRIAL DATE: | Monday, October 15, 2012 at 8:30 a.m. (Jury Trial) |
| TRIAL LENGTH: | 2 days |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

February 7, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE