UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUNDS *et al.*, <br><br> Plaintiff(s), <br><br> vs. <br> SAINZ DRYWALL, INC. *et al.*, <br><br> Defendant(s). | Case No.: C-11-4937-YGR <br><br> **CASE MANAGEMENT AND PRETRIAL ORDER** |

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| REFERRED TO ADR for Mediation to be completed by | May 4, 2012 |
| NON-EXPERT DISCOVERY CUTOFF: | July 16, 2012 |
| DISCLOSURE OF EXPERTS (retained/non-retained): | Opening: June 18, 2012 <br> Rebuttal: July 2, 2012 |
| EXPERT DISCOVERY CUTOFF: | July 16, 2012 |
| DISPOSITIVE MOTIONS[1] to be heard by: | August 28, 2012 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | September 14, 2012 |
| PRETRIAL CONFERENCE: | Friday, September 28, 2012 at 9:00 a.m. |
| TRIAL DATE: | Monday, October 15, 2012 at 8:30 a.m. (Jury Trial) |
| TRIAL LENGTH: | 2 days |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1  The parties must comply with both the Court's Standing Order in Civil Cases and Standing
2  Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing
3  Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

February 7, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE